UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Beny Adorno,<br><br>                Plaintiff,<br><br>-against-<br><br>Grassy Hill Inc. et al.,<br><br>                Defendants. | 1:25-cv-04471 (DEH) (SDA)<br><br>**RULE 502(d) ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED as follows:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

Dated:   New York, New York
          July 11, 2025

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge